IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00433-WYD-MEH

R&D Film 1, LLC, a California Limited Liability Company,

      Plaintiff,

v.

DOES 1-66,

      Defendants.

## ORDER

In accordance with the Notice of Dismissal filed on June 6, 2013 (ECF No. 18), it is

ORDERED that Defendant John Doe 61 is **DISMISSED WITH PREJUDICE**. The Caption shall be hereafter be amended to delete John Doe 61.

Dated:  June 10, 2013.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE