## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

R&D FILM 1, LLC,
a California Limited Liability Company,

       Plaintiff,

---

## STATUS REPORT

---

COMES NOW Plaintiff, R&D Film 1, LLC, ("Plaintiff" or "R&D"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 13-CV-00413**: Plaintiff issued subpoenas to CenturyTel Broadband Services, LLC, Comcast Cable Communications Management, LLC, FDCServers.net, LLC, and Southeast Colorado Power Association on May 29, 2013.

**Civil Action No. 13-CV-00414**: Plaintiff issued subpoenas to CenturyLink Investment Management Company; Comcast Cable Communications Management, LLC; and Level 3 Communications, LLC on April 17, 2013.

**Civil Action No. 13-CV-00431**: Plaintiff issued subpoenas to Comcast Cable Communications Management, LLC on May 29, 2013.

**Civil Action No. 13-CV-00432**: Plaintiff issued subpoenas to CenturyTel Broadband Services, LLC, Comcast Cable Communications Management, LLC, FDCServers.net, LLC, CenturyLink Communications, LLC, Bresnan Communications and Southeast Colorado Power Association on May 29, 2013.  The Plaintiff dismissed Does #16 and 19 from the case.

**Civil Action No. 13-CV-00433**: Plaintiff issued subpoenas to Baja Broadband, LLC; Bresnan Communications; CenturyLink Communications, LLC; Comcast Cable Communications; FDCServers.net LLC; and Level 3 Communications, LLC on May 29, 2013. The Plaintiff dismissed Does #35 and 61 from the case.

**Civil Action No. 13-CV-01343**: Plaintiff issued subpoenas to CenturyTel Broadband Services, LLC, Comcast Cable Communications Management, LLC, FDCServers.net, LLC, CenturyLink Communications, LLC, and Southeast Colorado Power Association on May 29, 2013.

Respectfully submitted this 10th day of July, 2013.

                         BROWN & KANNADY, LLC

                         /s/ Scott T. Kannady
                         Scott T. Kannady, No. 29995
                         2000 South Colorado Blvd., Suite 2-610
                         Denver, CO 80222
                         Phone:  (303) 757-3800
                         Fax:  (303) 757-3815
                         E-mail:  scott@brownlegal.com

                         ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on 10th day of July, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

By: /s/ Maegan M. Stevens
Maegan M. Stevens, Paralegal
Brown & Kannady, LLC