IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00433-WYD-MEH

R&D FILM 1, LLC,

    Plaintiff,

v.

JOHN DOES 1-66,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 12, 2013.**

Pending before the Court are John Doe 44's Motion to Quash Subpoena [filed July 10, 2013; docket #22] and John Doe 44's Motion to Proceed Anonymously [filed July 10, 2013; docket #23].

Beginning with the Motion to Quash, John Doe 44 fails to include a copy of the challenged subpoena with the Motion. Without the subpoena, the Court is unable to verify that it is authorized to quash the subpoena as provided by Fed. R. Civ. P. 45(a)(3)(A). The Motion to Quash is, therefore, **denied without prejudice**.

John Doe 44 may renew his Motion to Quash no later that July 19, 2013, but must provide a copy of the subpoena in so doing. The Motion to Proceed Anonymously is **granted in part** for the sole purpose of adjudicating the forthcoming motion to quash. If John Doe 44 fails to file a motion by that date, John Doe 44's Signature Block [filed at docket #24] will lose its restricted status.

The Clerk of the Court is directed to mail a copy of this Minute Order to John Doe 44 at the address provided in docket #24, but to keep such identifying information sealed under Restriction Level 2 until further order of the Court. John Doe 44's address shall not be included in the Clerk of the Court's publicly-entered Certificate of Service.