IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00433-WYD-MEH

R&D Film 1, LLC, a California Limited Liability Company,

    Plaintiff,

v.

DOES 1-60, 62-66,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal filed on July 10, 2013 (ECF No. 20), it is

ORDERED that Defendant John Doe 35 is **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.  It is

FURTHER ORDERED that Plaintiff's counsel shall also delete John Doe 61 from the caption as previously directed by the Order of June 10, 2013.

Dated:  July 18, 2013.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE