## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

R&D FILM 1, LLC,
a California Limited Liability Company,

      Plaintiff,

## STATUS REPORT

      COMES NOW Plaintiff, R&D Film 1, LLC, ("Plaintiff" or "R&D"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

      **Civil Action No. 13-CV-00432**: Plaintiff issued subpoenas to CenturyTel Broadband Services, LLC, Comcast Cable Communications Management, LLC, FDCServers.net, LLC, CenturyLink Communications, LLC, Bresnan Communications and Southeast Colorado Power Association on May 29, 2013.  The Plaintiff dismissed Does #5, 15, 16, 19 and 21 from the case.

      **Civil Action No. 13-CV-00433**: Plaintiff issued subpoenas to Baja Broadband, LLC; Bresnan Communications; CenturyLink Communications, LLC; Comcast Cable Communications; FDCServers.net LLC; and Level 3 Communications, LLC on May 29, 2013. The Plaintiff dismissed Does #8-27, 35, 39, 56, 60 and 61 from the case.

      **Civil Action No. 13-CV-01343**: Plaintiff issued subpoenas to CenturyTel Broadband Services, LLC, Comcast Cable Communications Management, LLC, FDCServers.net, LLC, CenturyLink Communications, LLC, and Southeast Colorado Power Association on May 29, 2013.  The Plaintiff dismissed Does #2, 5 and 23 from the case.

Respectfully submitted this 9th day of August 2013.

                              BROWN & KANNADY, LLC

                              **/s/ Scott T. Kannady**
                              Scott T. Kannady, No. 29995
                              2000 South Colorado Blvd., Suite 2-610
                              Denver, CO 80222
                              Phone:  (303) 757-3800
                              Fax:  (303) 757-3815
                              E-mail:  scott@brownlegal.com
                              ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on 9th day of August 2013, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

> By: /s/ Maegan M. Stevens
> Maegan M. Stevens, Paralegal
> Brown & Kannady, LLC