IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00433-WYD-MEH

R&D Film 1, LLC, a California Limited Liability Company,

 Plaintiff,

v.

DOES 1-34, 36-60, 62-66,

 Defendants.

## ORDER

 In accordance with the Notice of Dismissal filed on August 7, 2013 (ECF No. 34) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is

 ORDERED that Defendant John Doe Nos. 39, 56, and 60 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.  It is

 FURTHER ORDERED that Defendant John Doe Nos. 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 22, 23, 24, 25, 26, and 27 are **DISMISSED WITHOUT PREJUDICE**  and shall hereafter be taken off the caption.

 Dated:  August 14, 2013.

         BY THE COURT:

         s/ Wiley Y. Daniel
         WILEY Y. DANIEL,
         SENIOR UNITED STATES DISTRICT JUDGE