IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00433-WYD-MEH

R&D Film 1, LLC, a California Limited Liability Company,

      Plaintiff,

v.

DOES 1-7, 28-34, 36-38, 40-55, 57-59, 62-66,

      Defendants.

---

**ORDER**

---

In accordance with the Notice of Dismissal filed on August 19, 2013 pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 38), it is

ORDERED that the remaining Doe Defendants are **DISMISSED WITHOUT**

**PREJUDICE** and this case is terminated.

Dated:  August 22, 2013.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE